■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE BATTLE, Appellant. [620 NYS2d 256] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Douglass, J.), rendered August 6, 1993, convicting him of criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, *Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; cf., *People v Gonzalez*, 47 NY2d 606). Thompson, J. P., Miller, O'Brien, Santucci and Joy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD BAUCOM, Appellant. [620 NYS2d 261] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered August 11, 1993, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree, and criminal possession of a hypodermic needle, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court did not improvidently exercise its discretion in denying the defendant's motion for an adjournment at sentencing (see, *Matter of Anthony M.*, 63 NY2d 270; *People v Singleton*, 41 NY2d 402). Thompson, J. P., Miller, O'Brien, Santucci and Joy, JJ., concur.